GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavillion Center Dr., Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ARIEL CHANEL ELLIS,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC,

                Defendants.

           )
           )

Case No.: 2:26-cv-01372-APG-BNW

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 1, 2026 through and including **July 15, 2026**. The request was made by Equifax so that it can have an opportunity to

///

///

///

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this June 26, 2026.

CLARK HILL PLLC

By:  /s/ *Gia N. Marina*
Gia N. Marina, Esq
Nevada Bar No. 15276
1700 Pavillion Center Dr,
Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

**No opposition**

 /s/ *Ariel Chanel Ellis*
Ariel Chanel Ellis
Plaintiff, Pro Se
512 Count Avenue
North Las Vegas, NV 89030
Email: aellis169@gmail.com
*Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  __June 29, 2026_____

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, and that a true and correct copy of the foregoing has also been furnished by U.S. Mail and electronic mail to the following on this 26th day of June, 2026.

> Ariel Chanel Ellis
> 512 Count Avenue
> North Las Vegas, NV 89030
> Email: aellis169@gmail.com
> *Plaintiff, Pro Se*

By: /s/ *Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 Pavillion Center Dr, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

- 3 -